# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:05CR9-15 |
| Samuel D. Johnson ) | USM No: 19951-058 |
| Date of Previous Judgment: 09/10/07 ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**REASON FOR DECISION:**

Defendant's sentence was recently reduced to a term of 24 months incarceration, rendering this motion pursuant to Amendment 706 and 18 U.S.C. §3582(c)(2) moot. Had Defendant's sentence not previously been reduced beyond that currently being recommended by U.S. Probation (and agreed upon by the Government) as a result of Amendment 706, Defendant would have been eligible for a reduction to a sentence of 30 months.

**IT IS SO ORDERED**.

Signed: June 19, 2008

Richard L. Voorhees
United States District Judge